**SHAPIRO & SUTHERLAND, LLC**
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253
S&S No. 17-122063

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re: | Case No. 19-11580-TWD |
| Casey Lynn Pirie | **OBJECTION TO CONFIRMATION OF THE AMENDED CHAPTER 13 PLAN** |
| Debtor(s) | |

COMES NOW Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns, ("Creditor"), by and through its attorney, Kelly Sutherland, hereby objects to Casey Lynn Pirie's ("Debtor") proposed Amended Chapter 13 Plan dated May 13, 2019 (the "Plan").

**BACKGROUND**

On or about March 29, 2010, Lori L. Bumann and Casey L. Pirie made, executed and delivered a Note ("Note") in favor of Bank of America, N.A. in the original principal amount of $155,035.00. Creditor is the holder of the original Note endorsed in blank. This Note was secured by a Deed of Trust encumbering real property commonly described as 1839 S 286th Lane, Apt. S104, Federal Way, Washington 98003.

As will be established by the Proof of Claim that is to be filed with the Court, the amount necessary to fully pay off Creditor's lien is about $135,123.75, and the pre-petition arrears are approximately $3,581.63. The pre-petition arrears consist primarily of escrow advances and an escrow shortage.

///

1 – OBJECTION TO CONFIRMATION OF THE PROPOSED CHAPTER 13 PLAN

## AUTHORITY AND ARGUMENT

Creditor objects to confirmation of the Plan because the Plan does not provide for cure of the pre-petition arrearage owing to Creditor. As stated above, the pre-petition arrearages are $3,581.63. Pursuant to 11 U.S.C. § 1322(b)(5), the plan must provide for the curing of any default within a reasonable period of time. Since the Plan fails to cure the arrearage, the Plan does not meet the requirements of 11 U.S.C. § 1322(b)(5).

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns, respectfully requests an Order denying Confirmation of the Debtor's proposed Plan.

Dated this 18th day of June, 2019.


/s/ Kelly Sutherland
Kelly D. Sutherland, WSBA # 21889
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper

2 – OBJECTION TO CONFIRMATION OF THE
PROPOSED CHAPTER 13 PLAN

SHAPIRO & SUTHERLAND, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253

# CERTIFICATE OF MAILING

I certify that on June 18, 2019, I served an exact and complete copy of the Objection to Confirmation on the following parties by depositing it, or causing it to be deposited, in the U.S. Post Office, in a sealed envelope with postage paid, addressed to each of the respective parties' last-known address:

Casey Lynn Pirie
1839 S 286th Lane S #104
Federal Way, WA 98003

Ellen Ann Brown
Brown & Seelye PLLC
744 S Fawcett Ave
Tacoma, WA 98402

Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101

/s/ Jenni Tkachenko
Jenni Tkachenko
Legal Assistant