Certificate Number: 17082-WAW-DE-030751256

Bankruptcy Case Number: 18-40496



17082-WAW-DE-030751256

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2018, at 6:37 o'clock PM MST, MARIO D CAREY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: March 20, 2018

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director