Entered on Docket July 9, 2019

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>CASEY LYNN PIRIE,<br><br><br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 19-11580-TWD<br><br>ORDER DENYING CONFIRMATION |

THIS MATTER came before the Court on the Objections to Confirmation by the Chapter 13 Trustee (ECF No. 18) and Nationstar Mortgage (ECF No. 16). Based on the agreement of the parties, it is

ORDERED that:

1) Confirmation of the debtor's plan (ECF No. 2) and amended plan (ECF No. 15) is denied;

2) By July 19, 2019, the debtor shall file, note and properly serve a feasible amended plan. The debtor shall set the amended plan for hearing on the Court's August 21, 2019 calendar;

3) Section IX. (Liquidation Analysis) of the debtor's plan shall provide for a liquidation analysis figure of at least $1,134.40;

4) The debtor's amended plan shall provide for the Trustee to make the payments on the 2018 Nissan Frontier (ECF Claim No. 2) from debtor's plan payments;

ORDER DENYING CONFIRMATION - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

5) The debtor's amended plan shall provide for the Trustee to make the payments on the 2012 R-Pod Travel Trailer from debtor's plan payments;

6) By July 19, 2019, the debtor shall file an amended Schedule A / B (Property); and

7) This order is without prejudice to the Trustee's Motion to Dismiss Case (ECF No. 17), which may be heard on the Court's August 7, 2019 calendar.

/ / /End of Order/ / /

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124


Approved:

*/s/ Ellen Ann Brown* [approved by email]
Ellen Ann Brown, WSBA #27992
Attorney for Debtor


Approved:

*/s/ Kelly Sutherland* [approved by email]
Kelly Sutherland, WSBA #21889
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper