# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | | |
|---|---|---|
| Re | ) | In Chapter 13 Proceeding |
| **CASEY LYNN PIRIE** | ) | No. 19-11580-TWD |
| | ) | |
| | ) | Order Allowing Debtor to |
| Debtor(s) | ) | Modify Mortgage with |
| | ) | Specialized Portfolio Servicing Inc. |
| _____ | ) | |

It is ordered that the Debtor may modify their Mortgage with Specialized Portfolio Servicing Inc. with a principal balance of $137,943.85 at 5.5% interest rate and principal and interest payments of $711.47 per month.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958